# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

*Marie Strong*

Acting United States Register of Copyrights and Director

December 02, 2019
_____
Date of Recordation

9969                          353
_____
Volume                       Doc. No.

V9969 D353 P1

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

September 30, 2019

Harry Wayne Casey  
Harrick Music, Inc.  
Sunshine Sound Productions, Inc.  
K.C. & Sunshine Band, Inc.  
7751 NW 146 Street  
Miami Lakes, FL 33016

EMI Consortium Songs, Inc.  
8 Music Square West  
Nashville, TN 37203-3204

RE: NOTICE OF TERMINATION UNDER 17 U.S.C. § 203 and 37 C.F.R. § 201.10

Dear Sir or Madam:

The undersigned persons are the authors of the works listed on Schedule A annexed hereto. Pursuant to 17 U.S.C. § 203 and 37 C.F.R. § 201.10, we are hereby serving notice of our intention to terminate the grant or transfer of copyrights and the rights of the copyright proprietor in the works listed below. To the best of our knowledge and belief, this notice has been signed by the only persons whose signatures are necessary to terminate the grant under 17 U.S.C. § 203.

| | |
|---|---|
| Works to Which Assignment Applies: | See Schedule A |
| Name of Authors: | Richard Finch, Harry Wayne Casey |
| Date of Assignment: | See Schedule A |
| Copyright Registration No: | See Schedule A |
| Effective Date of Termination: | See Schedule A |
| Grant Hereby Terminated: | The assignment, grant or transfer of any and all copyright interests, including publication and recording rights, in and to the compositions included in, or subject to, the "Property Division Agreement" and the "Intangibles Assignments" dated October 27, 1983 between Richard Finch, on the one hand, and Harry Wayne Casey, Harrick Music, Inc., Sunshine Sound Productions, Inc., and K.C. & Sunshine Band, Inc., on the other. |
| Name and Address of Person Executing Termination: | Richard Finch<br>555 Bryant Street, Suite 362<br>Palo Alto, CA 94301-1704 |

*/s/ R2*

Sworn and subscribed in the presence of a Notary on the 24th day of September, 2019

MICHELLE LYNN THEIL  
Notary Public, State of Ohio  
My Commission Expires  
April 29, 2019

*/s/ M. Theil*

## Schedule A

| Work | Author | Date of Assignment | Copyright Registration No | Termination Notice Date | Effective Date of Termination |
|---|---|---|---|---|---|
| Blow Your Whistle | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000428938 | September 30, 2019 | October 1, 2021 |
| Rock Your Baby | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000489612 | September 30, 2019 | October 1, 2021 |
| Queen Of Clubs | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000520342 | September 30, 2019 | October 1, 2021 |
| Do It Good | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000520343 | September 30, 2019 | October 1, 2021 |
| Baby, I Want Your Lovin' | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000531040 | September 30, 2019 | October 1, 2021 |
| Don't Worry About It | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000531041 | September 30, 2019 | October 1, 2021 |
| I'ma Pushover | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000531042 | September 30, 2019 | October 1, 2021 |
| You Don't Know | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000531044 | September 30, 2019 | October 1, 2021 |
| All My Love | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000531045 | September 30, 2019 | October 1, 2021 |
| I Get Lifted | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000531046 | September 30, 2019 | October 1, 2021 |
| I Need Somebody Like You | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000531047 | September 30, 2019 | October 1, 2021 |
| Make It Right | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000531048 | September 30, 2019 | October 1, 2021 |
| Look At You | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000531049 | September 30, 2019 | October 1, 2021 |
| I Can't Leave You Alone (I Keep Holdin' On) | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000531056 | September 30, 2019 | October 1, 2021 |
| You Got My Heart | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000531057 | September 30, 2019 | October 1, 2021 |
| You Can Have It All | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000540272 | September 30, 2019 | October 1, 2021 |
| I Need A Little Lovin' | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000540273 | September 30, 2019 | October 1, 2021 |
| Where Is The Love? | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000573313 | September 30, 2019 | October 1, 2021 |
| Sing A Happy Song | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000573320 | September 30, 2019 | October 1, 2021 |
| Show Your Girl | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000573329 | September 30, 2019 | October 1, 2021 |
| Hey J | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000591388 | September 30, 2019 | October 1, 2021 |
| Get Down Tonight | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000591389 | September 30, 2019 | October 1, 2021 |
| Honey I (I'll Live My Life For You) | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000594442 | September 30, 2019 | October 1, 2021 |
| It's Been So Long | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000594443 | September 30, 2019 | October 1, 2021 |
| You Got To Know | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000594444 | September 30, 2019 | October 1, 2021 |
| I Ain't Lying | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000594445 | September 30, 2019 | October 1, 2021 |
| Baby, Baby, Sweet Baby | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000594446 | September 30, 2019 | October 1, 2021 |

| Title | Authors | Date | Registration | Date 2 | Date 3 |
|---|---|---|---|---|---|
| You Treat Me Good | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000594447 | September 30, 2019 | October 1, 2021 |
| Take This Love Of Mine | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000594448 | September 30, 2019 | October 1, 2021 |
| When I First Saw You | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000594449 | September 30, 2019 | October 1, 2021 |
| What Makes You Happy | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000606198 | September 30, 2019 | October 1, 2021 |
| I'm So Crazy ('Bout You) | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000606199 | September 30, 2019 | October 1, 2021 |
| That's The Way (I Like It) | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000606200 | September 30, 2019 | October 1, 2021 |
| Ain't Nothin' Wrong | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000606201 | September 30, 2019 | October 1, 2021 |
| Boogie Shoes | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000606202 | September 30, 2019 | October 1, 2021 |
| Just A Groove | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000616139 | September 30, 2019 | October 1, 2021 |
| Gimme Some | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000616141 | September 30, 2019 | October 1, 2021 |
| S O S | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000616142 | September 30, 2019 | October 1, 2021 |
| Funky '75 | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000616143 | September 30, 2019 | October 1, 2021 |
| Sunshine City | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000616144 | September 30, 2019 | October 1, 2021 |
| Miss B | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000616145 | September 30, 2019 | October 1, 2021 |
| Let It Go | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000616931 | September 30, 2019 | October 1, 2021 |
| Oh, That's My Man | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000620532 | September 30, 2019 | October 1, 2021 |
| I Love You | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000672865 | September 30, 2019 | October 1, 2021 |
| Shotgun Shuffle | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000681203 | September 30, 2019 | October 1, 2021 |
| Shake Your Booty | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000684468 | September 30, 2019 | October 1, 2021 |
| I'm Your Boogie Man | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000725440 | September 30, 2019 | October 1, 2021 |
| Come On In | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000725441 | September 30, 2019 | October 1, 2021 |
| Let's Go Party | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000725442 | September 30, 2019 | October 1, 2021 |
| I Like To Do It | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000725443 | September 30, 2019 | October 1, 2021 |
| Wrap Your Arms Around Me | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000725444 | September 30, 2019 | October 1, 2021 |
| Baby, I Love You (Yes I Do) | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000725445 | September 30, 2019 | October 1, 2021 |
| Keep It Comin', Love | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000725446 | September 30, 2019 | October 1, 2021 |
| It's Your Sweet Love | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000739039 | September 30, 2019 | October 1, 2021 |
| Get Happy | Richard Finch, Harry Wayne Casey | October 27, 1983 | EU0000777920 | September 30, 2019 | October 1, 2021 |
| Dance Across The Floor | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000007169 | September 30, 2019 | October 1, 2021 |
| Ask The Birds And The Bees | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000027610 | September 30, 2019 | October 1, 2021 |
| I Wanna Go Home With You | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000027606 | September 30, 2019 | October 1, 2021 |

| Title | Authors | Date | Reg. No. | | |
|---|---|---|---|---|---|
| Let Me (Let Me Be Your Lover) | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000027609 | September 30, 2019 | October 1, 2021 |
| Come To My Island | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000010464 | September 30, 2019 | October 1, 2021 |
| Do You Feel All Right? | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000010462 | September 30, 2019 | October 1, 2021 |
| How About A Little Love? | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000010467 | September 30, 2019 | October 1, 2021 |
| I Will Love You Tomorrow | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000010468 | September 30, 2019 | October 1, 2021 |
| Sho-Nuff | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000010463 | September 30, 2019 | October 1, 2021 |
| So Glad | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000010465 | September 30, 2019 | October 1, 2021 |
| Who Do Ya Love? | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000010466 | September 30, 2019 | October 1, 2021 |
| C'Mon, Let's Do It | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000024652 | September 30, 2019 | October 1, 2021 |
| Deeper In Love | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000024651 | September 30, 2019 | October 1, 2021 |
| Let's Make It Last | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000024653 | September 30, 2019 | October 1, 2021 |
| Like A River Flows | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000024654 | September 30, 2019 | October 1, 2021 |
| Are You Looking For Love? | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000039497 | September 30, 2019 | October 1, 2021 |
| Don't You Feel My Love? | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000039496 | September 30, 2019 | October 1, 2021 |
| I Want You Around Me | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000039498 | September 30, 2019 | October 1, 2021 |
| You Got Me Going Crazy | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000039499 | September 30, 2019 | October 1, 2021 |
| (You've Got) My Love, My Life, My Soul | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000039495 | September 30, 2019 | October 1, 2021 |
| Do You Wanna Go Party? | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000037695 | September 30, 2019 | October 1, 2021 |
| Hooked On Your Love | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000037690 | September 30, 2019 | October 1, 2021 |
| I've Got The Feeling | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000037691 | September 30, 2019 | October 1, 2021 |
| Ooh, I Like It | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000037692 | September 30, 2019 | October 1, 2021 |
| Please Don't Go | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000037693 | September 30, 2019 | October 1, 2021 |
| Que Pasa? | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000037694 | September 30, 2019 | October 1, 2021 |
| Goin' Home For Love | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000048756 | September 30, 2019 | October 1, 2021 |
| Without You | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000048757 | September 30, 2019 | October 1, 2021 |
| You Get Me Hot | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000048755 | September 30, 2019 | October 1, 2021 |
| Let's Go Rock And Roll | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000059101 | September 30, 2019 | October 1, 2021 |
| All I Want | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000063472 | September 30, 2019 | October 1, 2021 |
| I Ask Myself | Richard Finch, Harry Wayne Casey | October 27, 1983 | N/A | September 30, 2019 | October 1, 2021 |
| Red Light (Redlight) | Richard Finch, Harry Wayne Casey | October 27, 1983 | N/A | September 30, 2019 | October 1, 2021 |
| Space Cadet | Richard Finch, Harry Wayne Casey | October 27, 1983 | N/A | September 30, 2019 | October 1, 2021 |

| | | | | | |
|---|---|---|---|---|---|
| Love's So Cruel | Richard Finch, Harry Wayne Casey | October 27, 1983 | PA0000087320 | September 30, 2019 | October 1, 2021 |
| I Want To Dance Tonight | Richard Finch, Harry Wayne Casey | October 27, 1983 | N/A | September 30, 2019 | October 1, 2021 |
| Do It Up | Richard Finch, Harry Wayne Casey | October 27, 1983 | N/A | September 30, 2019 | October 1, 2021 |
| Shake It Up | Richard Finch, Harry Wayne Casey | October 27, 1983 | N/A | September 30, 2019 | October 1, 2021 |
| I've Got To Know | Richard Finch, Harry Wayne Casey | October 27, 1983 | N/A | September 30, 2019 | October 1, 2021 |
| My Favorite Thing (aka My Favorite Thing To Do) | Richard Finch, Harry Wayne Casey | October 27, 1983 | N/A | September 30, 2019 | October 1, 2021 |
| High On You | Richard Finch, Harry Wayne Casey | October 27, 1983 | N/A | September 30, 2019 | October 1, 2021 |
| She's My Rock | Richard Finch, Harry Wayne Casey | October 27, 1983 | N/A | September 30, 2019 | October 1, 2021 |
| That Thing You Got (aka Thing That You Got) | Richard Finch, Harry Wayne Casey | October 27, 1983 | N/A | September 30, 2019 | October 1, 2021 |
| Groove You (aka I'm Goin' To (Groove You)) | Richard Finch, Harry Wayne Casey | October 27, 1983 | N/A | September 30, 2019 | October 1, 2021 |

V9969 D353 P6

## PROOF OF SERVICE

State of California         }
                            }
County of Los Angeles       }

I, EVAN S. COHEN, am employed in the aforesaid county, State of California; I am over the age of 18 years; my business address is: 1180 South Beverly Drive, Suite 510, Los Angeles, California 90035-1157.

On September 30, 2019, I served the foregoing **NOTICE OF TERMINATION UNDER 17 U.S.C. §203 and 37 C.F.R. §201.10** on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope **(certified mail, return receipt requested)**, addressed as follows:

> Harry Wayne Casey
> Harrick Music, Inc.
> Sunshine Sound Productions, Inc.
> K.C. & Sunshine Band, Inc.
> 7751 NW 146 Street
> Miami Lakes, FL 33016

I am readily familiar with the business's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date, the above referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 30, 2019.

_____
EVAN S. COHEN

## PROOF OF SERVICE

State of California        )
                           )
County of Los Angeles      )

     I, EVAN S. COHEN, am employed in the aforesaid county, State of California; I am over the age of 18 years; my business address is: 1180 South Beverly Drive, Suite 510, Los Angeles, California 90035-1157.

     On September 30, 2019, I served the foregoing **NOTICE OF TERMINATION UNDER 17 U.S.C. §203 and 37 C.F.R. §201.10** on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope **(certified mail, return receipt requested)**, addressed as follows:

**Business Affairs**
**EMI Consortium Songs, Inc.**
**8 Music Square West**
**Nashville, TN 37209**

     I am readily familiar with the business's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date, the above referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 30, 2019.

EVAN S. COHEN